7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* LaTosha Katheryn Strickland–Below Med–
*Debtor*

*Bankruptcy Case No.*
16–40033–drd13

**State of Kansas Department of Labor**
    Plaintiff(s)

*Adversary Case No.*
16–04034–drd

v.

**LaTosha Katheryn Strickland**
    Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to KDoL, which is subject to statutory interest pursuant to K.S.A. §44–719(d)(2), should be and hereby is exempted from discharge.
A. Specifically, the Court finds that the obligation evinced by Exhibits A and B to the Complaint which constitutes Plaintiffs 7/18/2012 Examiners Determination finding an obligation in the principal amount of $6214 in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a current balance as of the filing of the lead bankruptcy matter herein, of $9,869.64 (consisting of principal in the amount of $6,064.00 and interest in the amount of $3,805.64) is not dischargeable; and
B. The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk



Date of issuance: 5/9/16

Court to serve